IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WILLARD BANKS, MENDI K. BANKS, and OFF THE BANKS FISHING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL,<br><br>Defendants. | Misc. No.   2:24-mc-00926-BHH |

## MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY

The undersigned attorney hereby moves this Court, pursuant to section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. 3410, for an Order preventing the government from obtaining access to the financial records of Willard Banks, Mendi K. Banks, and Off the Banks Fishing, LLC. The agency seeking access is the Social Security Administration, Office of Inspector General. The financial records are held by First Citizens Bank.

In support of this motion, the Court is respectfully referred to the sworn statements filed with this motion.

Respectfully submitted,

/s/Deborah B. Barbier
Deborah B. Barbier, S.C. Bar No. 6920
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com

ATTORNEY FOR PLAINTIFFS

November 19, 2024
Columbia, South Carolina

1