# UNITED STATES OF AMERICA

SOCIAL SECURITY ADMINISTRATION

OFFICE OF THE INSPECTOR GENERAL

## SUBPOENA DUCES TECUM

ATTN: Nicole Cribbs, DAC 15
First Citizens Bank
100 E. Tryon Road
Raleigh, NC 27603

Re: OI Case No. RAL2400018F

*YOU ARE HEREBY COMMANDED TO APPEAR BEFORE* Special Agent David Mitnaul an official of the Inspector General, at 3604 Louis Stephens Drive in the City of Durham, and State of North Carolina, on 12/04/2024, at 04:00 PM EST of that day, in connection with an official investigation being conducted by the Social Security Administration, Office of the Inspector General, concerning the possible fraudulent or otherwise improper receipt and/or use of Social Security benefits and you are hereby required to bring with you and produce at said time and place the following:

Any and all records, whether in hard copy or electronic form, pertaining to:

- Account# 910010546535, 380014304601, 381613781809, 381613783409, 381627392809
- Held jointly by Willard Banks; Mendi K. Banks; Off the Banks Fishing, LLC
- SSN: 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; 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;

For the time period from 11/12/2020 through 10/29/2024. Such records shall include, but shall not be limited to:

- All automated teller machine transactions
- All correspondence
- Cash advances or other loans
- Cash withdrawals
- Money orders
- Monthly account statements
- Photocopies of signature cards
- Teller checks
- The front and back of all deposit items
- The front and back of all withdrawal items, including cancelled checks
- Any other account records, documents, and/or pertinent account information not previously mentioned

which are necessary in the performance of the responsibility of the Inspector General under *5 U.S.C. Section 406(a)(4)*, to conduct and supervise audits and investigations and to promote economy, efficiency and effectiveness in the administration of and to prevent and detect fraud and abuse in the programs and operations of the Social Security Administration.

# UNITED STATES OF AMERICA

## SOCIAL SECURITY ADMINISTRATION

### OFFICE OF THE INSPECTOR GENERAL



IN TESTIMONY WHEREOF

Mark Franco, Deputy Assistant Inspector General for Investigations, an official of the Office of the Inspector General of the Social Security Administration, signed this subpoena on November 1, 2024.

/s/ *Mark Franco*

Digitally signed by
Mark Franco
2024.11.01 11:35:38 AM EDT